

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carissa Mason,

Vs. No. 11-19-00335-CR

The State of Texas,

\* From the 350th District Court
of Taylor County,
Trial Court No. 13599-D.

\* December 12, 2019

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has considered Carissa Mason's motion to dismiss her appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.